# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MARCH E RATNEY

       Petitioner

  v.

                                                            Civil Action No.  3:23-cv-545

WARDEN,
Westville Correctional Facility

       Respondent.

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

☒ Other: Petitioner March E. Ratney's Petition for Writ of Habeas Corpus is DENIED. Judgment ENTERED in favor of Respondent Warden and against Petitioner March e. Ratney. Petitioner March E. Ratney is DENIED leave to proceed in forma pauperis on appeal.

☐ tried to a jury with.

This action was (*check one*):

Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Magistrate Judge Michael G Gotsch, Sr., as to the Petition for Writ of Habeas Corpus.

DATE: 10/12/2023                        CHANDA J. BERTA, CLERK OF COURT

                                                          by  s/A. Highlen_____
                                                          *Signature of Clerk or Deputy Clerk*